NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HJS EMISSIONS TECHNOLOGY GMBH & CO. KG, JOHNSON MATTHEY PLC, DAIMLER AG,**
*Appellants*

**v.**

**BASF CORPORATION,**
*Appellee*

---

2016-2440, 2016-2441

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/002,217, 95/002,220.

---

## JUDGMENT

---

JENNIFER LORAINE SWIZE, Jones Day, Washington, DC, argued for appellants.  Also represented by DANIEL KAZHDAN.

MICHAEL HAWES, Baker Botts LLP, Houston, TX, argued for appellee.  Also represented by SANDRA LEE, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* NEWMAN and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|   July 19, 2017   | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |